# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>        Plaintiff,<br><br>        -vs-<br><br>BHAWANI INC. and CHEVRON U.S.A. INC., individually,<br><br>        Defendants. | Cause No. 2:21-cv-423-RSL<br><br><br>ORDER DISMISSING CLAIMS AGAINST DEFENDANT CHEVRON U.S.A. INC. |

Plaintiff, Robert Kessler, by and through undersigned counsel, filed a motion to voluntarily dismiss with prejudice his claims against defendant Chevron U.S.A. Inc. Plaintiff has been advised and believes that Chevron U.S.A. Inc. is an improper party to this matter.

**IT IS SO ORDERED.** The claims asserted against defendant Chevron U.S.A. Inc. are hereby DISMISSED with prejudice.

Dated this 8th day of June, 2021.

*Robert S Lasnik*
Robert S. Lasnik
United States District Judge