UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ROBERT KESSLER, Plaintiff, -vs- BHAWANI INC., Defendants. | Cause No. 2:21-cv-0423 TLF<br><br>NOTICE OF SETTLEMENT |
|---|---|

Plaintiff, and Defendants ("the parties") by and through their respective counsel of record, hereby advise the Court that the parties to this matter have reached an agreement in principle resolving all matters at issue. The parties will file dismissal papers with the Court within five (5) days of this filing.

Dated this 27th day of September 2021.

DATED this 27th day of September, 2021

Respectfully submitted,

*/s/ M. William Judnich*

M. William Judnich
WSBA # 56087
Enabled Law Group
P.O. Box 4523
Missoula, MT 59806
Telephone: 406-493-1084
Email: MJ@Enabledlawgroup.com

*/s/ Chuck Rullman*
WSBA # 42733
Corr Downs PLLC
100 W. Harrison St. Suite N440
Seattle, WA 98119
Telephone: (206) 686-9856
email: crullman@corrdowns.com