1

2

3

4                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
5                              AT TACOMA

6   ROBERT KESSLER,

7                            Plaintiff,          Case No. 2:21-cv-423 TLF

8        v.                                      ORDER OF DISMISSAL

9   BHAWANI INC,

                             Defendants.
10

11       On September 27, 2021, the Parties notified the Court that the case had settled.

12  Dkt. 17. It appears that no issue remains for the Court's determination.

13       It is ORDERED that this action and all claims asserted herein are DISMISSED

14  with prejudice and without cost to any party. In the event that settlement is not

15  perfected, any party may move to reopen the case within **60 days** of the date of this

16  Order. Any trial dates and pretrial dates previously set are hereby VACATED.

17       Dated this 28th day of September, 2021.

18

19

20  _____
                                       Theresa L. Fricke
21                                     United States Magistrate Judge

22

23

24

25

ORDER OF DISMISSAL - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25